# EXHIBIT A

Google LLC
1600 Amphitheatre Parkway

Google

USLawEnforcement@google.com
Mountain View, California 94043

July 25, 2023

Special Agent Elias Guerrero
Federal Bureau of Investigation
11000 Wilshire Blvd, #1700
Los Angeles, CA 90024

[redacted]

Dear Special Agent Guerrero:

[redacted] we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request. Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act. See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *MBAUER1134@GMAIL.COM, 3214TONY@GMAIL.COM*, as specified in [redacted] We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values. To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

The scope of information available pursuant [redacted] is limited to the items specified in section 2703(c)(2) of the Electronic Communications Privacy Act ("ECPA"). 18 U.S.C. §2701 et seq. A court order issued under section 2703(d) or a search warrant is required to compel production of other "record[s] or other information," 18 U.S.C.2703(c)(1), and a search warrant is required to compel production of the content of communications. United States v. Warshak, 631 F. 3d 266, 282-288 (6th Cir. 2010).

To the extent that the Google account(s) targeted in the legal request have associated Google Pay profile(s), the production will include the target's Google Pay Customer Information, Billing information, and Transactions for Payments made to Google, if requested in your legal process. If you wish to obtain transactions related to the Spot Platform, Instant Buy, stored value accounts and events, or, additional Sensitive Personally Identifiable Information (SPII) that Google may store, please email uslawenforcement@google.com with (a) the Google Reference Number, (b) the target account(s) for which additional records are requested, (c) the specific additional data points you are requesting, and (d) the language in the legal process that you

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

believe entitles you to such records. We will review your request promptly and provide you with any responsive information.

For a Google Custodian of Records, we will require a [redacted] and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

Katrina Thompson
Google Legal Investigations Support

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1. I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in Mountain View, California. I have personal knowledge of the following facts, except as noted, and could testify competently thereto if called as a witness.

2. I am qualified to authenticate the records because I am familiar with how the records were created, managed, stored and retrieved.

3. Google provides Internet-based services.

4. Attached is a true and correct copy of records pertaining to the Google account-holder(s) identified with account(s) *MBAUER1134@GMAIL.COM, 3214TONY@GMAIL.COM,* with Google Ref. No. 38921531 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list of hash values corresponding to each file produced in response to the [redacted]

5. The Document is a record made and retained by Google. Google servers record this data automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this data is kept in the course of this regularly conducted activity and was made by regularly conducted activity as a regular practice of Google.

6. The Document is a true duplicate of original records that were generated by Google's electronic process or system that produces an accurate result. The accuracy of Google's electronic process and system is regularly verified by Google.

7. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

___/s_Katrina Thompson_______
(Signature of Records Custodian)

Date: July 25, 2023

Katrina Thompson
(Name of Records Custodian)

Google LLC
1600 Amphitheatre Parkway

USLawEnforcement@google.com
Mountain View, California 94043

**Attachment A: Hash Values for Production Files (Google Ref. No. 38921531)**

3214tony@gmail.com.377576157656.GoogleAccount.SubscriberInfo_001.zip:

MD5- a32c872314822e014b5c1b3330efa090
SHA512-
b7d4ec3d5f23705936ede9d230df33b3341772ead2dc60e88f827843c43623a127a90644f1084fc28
7d0916781759715153cab149c5170211a20c33ecdeb9225

3214tony@gmail.com.741828943930.GooglePay.BillingInformation_001.zip:

SHA512-
426dfe64fd9c3f99952f83798beb1d89c95bc7ab994d8952f83a4794129138d7fe0f354cf981c34a5a
e2a3ec8dee3ae830c064431265f4543a9ed24f9a41f542

3214tony@gmail.com.741828943930.GooglePay.CustomerInformation_001.zip:

MD5- 22fe99e3b40ef8508b2bc63b8f936672
SHA512-
a6c0cffa19a557414ab18b1944c0ba778aa6d0764ba0a750fd02a1e0108b4f8de8dc92ad5b25a4c828
47ecaf8c6e5fca90e814a15207ca85ac663fbf11b80a62

mbauer1134@gmail.com.513874066961.GoogleAccount.SubscriberInfo_001.zip:

MD5- b4c4e1bcdc0c12a852d4878cb49d1a4a
SHA512-
d494ee798478f0d547320a1324b5566307396483debd3abecb52eab3303604a2adc0c4ff688b4ba79
0b58e99e9ba4c6e50cf0f13295ddf3bbd9b0881cebbade8

mbauer1134@gmail.com.539081502067.GooglePay.BillingInformation_001.zip:

SHA512-
1568de71612c1f5621dc7f8504a2f7bd09e9d5cfb08e55883ed4a715a30076337b5316c91f53af439
6f25fda38e8ba16412a97a1e78f3bd2b5d9a03533314556

mbauer1134@gmail.com.539081502067.GooglePay.CustomerInformation_001.zip:

MD5- ee8c774ab957d74d31cba9a94e0281dc
SHA512-
9a7386952559f1e16cecc3a923ccd4be72c182f1e197ada77fd6f2d0b3df045c28df49c83290ad80bf
b2ef7bad911494cabe504bd88c23e7fc7e9e4601dfb2a9