# EXHIBIT B

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, SEAN SADEGHI (name), hereby declare as follows:

1. I am a duly authorized custodian of records for MORONGO CASINO RESORT & SPA (name of business entity) (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

a. My job title/position is: DIRECTOR OF FINANCE

b. I have been employed in this capacity for 3Y 8MO (duration) and by the Business Entity for 3Y 8MO (duration).

c. My job duties are:

OVERSEEING FINANCE

d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

[ ] Training.

[ ] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[X] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2. Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

3. I certify that the attached record(s):

a. was/were made at or near the time of the occurrence of the matters set forth therein,

b. was/were made by, or from information transmitted by, a person with knowledge of those matters;

c. was/were kept in the course of the regularly conducted activity of the Business Entity;

d. was/were made by and in the course of the regularly conducted activity as a regular practice;

e. if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed at CABAZON, CA ______, (place document was signed)
on AUGUST 3, 2023 ______. (date document was signed)

______ (signature)

SEAN SADEGHI ______ (typed or printed name)