# EXHIBIT D

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, Cosmin Ceh (name), hereby declare as follows:

1. I am a duly authorized custodian of records for Concept Z Performance (name of business entity) (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

a. My job title/position is: President

b. I have been employed in this capacity for 01/01/2022 (duration) and by the Business Entity for Current (duration).

c. My job duties are:

Manage daily business operations and decision-making

d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

[X ] Training.

[X ] Familiarity with relevant policy/policies.

[X ] Hands-on experience.

[X] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2. Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

3. I certify that the attached record(s):

a. was/were made at or near the time of the occurrence of the matters set forth therein,

b. was/were made by, or from information transmitted by, a person with knowledge of those matters;

c. was/were kept in the course of the regularly conducted activity of the Business Entity;

d. was/were made by and in the course of the regularly conducted activity as a regular practice;

e. if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed at Phoenix AZ ____________,
(place document was signed)

on 2/4/2026 ____________.
(date document was signed)

____________________
(signature)

Cosmin Ceh
(typed or printed name)



CONFIDENTIAL INFORMATION -- CONTENTS SUBJECT TO PROTECTIVE ORDER USAO_002353