# EXHIBIT F

# DECLARATION OF CUSTODIAN OF RECORDS

I, Hadieh Nayebi, Community Director, declare and say:

1. I am the duly authorized Custodian of Records for UDR, Inc. and have authority to certify the records.
2. Copies of records, as provided on or around February 22, 2024, are true copies of all the enclosed copies of records are true copies of all the records described in the subpoena duces tecum.
3. The records were prepared by the personnel of the business in the ordinary course of the business, at or near the time of the act, condition, or event.
4. The foregoing is true and correct to the best of my knowledge and belief under penalty of perjury.

**EXECUTED THIS** 28th **DAY OF** January**, 2026, at** Irvine**, CA.**

[signature]

Signed, Custodian of Records
Hadieh Nayebi, Community Director for the property,
Los Alisos at Mission Viejo

Re: Call# R 24 05777 (request for records related to Michael Anthony Bauer)
(Case name & number)