# EXHIBIT A

# Document Produced in Native Format

# Daily Gaming Activity

49500 Seminole Dr,Cabazon,CA 92230
(951) 849-3080

**Mr. Michael A Bauer**
**1901 W La Veta Ave 109**
**Orange, CA 92868**

**Account #:263165**
**JAN 1,2020 Thru DEC 31,2020**

**Cash Buy In : carded table cash buyins plus carded keno,bingo,tote cash buyins**
**Total In: carded table total in plus carded keno,bingo,tote total in**
**Coin In: carded slot coin in**
**Coin Out: carded slot coin out**
**Jackpots: att. pay table jackpots plus att. pay slot jackpots**

Morongo Casino Resort Spa is pleased to provide you with this summary. It is based on "rating data", it is not audited,and may not reflect your actual gaming results for the year.

| | Date | Chips In | Cash In | CWA In | Match In | Promo In | Tito In | CPV In | Fm/Mkr In | Total In | Walk Amount | Coin In | Coin Out | Jackpots | Win/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | 2020-06-07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $521.60 | $485.80 | $0.00 | ($35.80) |
| (2) | 2020-06-25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $343.90 | $1,933.94 | $0.00 | $1,590.04 |
| (3) | 2020-07-17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $623.32 | $260.97 | $0.00 | ($362.35) |
| (4) | 2020-07-22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,167.52 | $3,612.96 | $1,319.10 | $445.44 |
| (5) | 2020-08-10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,112.50 | $4,424.00 | $0.00 | ($1,688.50) |
| (6) | 2020-08-11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,009.10 | $27,310.22 | $5,105.00 | $1,301.12 |
| (7) | 2020-08-12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16,964.50 | $12,174.39 | $0.00 | ($4,790.11) |
| (8) | 2020-08-21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,105.00 | $8,110.00 | $2,555.00 | $5.00 |
| (9) | 2020-08-22 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,675.60 | $6,016.20 | $1,200.00 | ($659.40) |
| (10) | 2020-08-25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $4,878.75 | $8,755.45 | $1,630.00 | $3,876.70 |
| (11) | 2020-08-26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40,818.10 | $36,684.67 | $5,910.00 | ($4,133.43) |
| (12) | 2020-08-28 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25,552.50 | $36,654.33 | $10,565.00 | $11,101.83 |
| (13) | 2020-08-29 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24,233.00 | $32,602.50 | $12,079.00 | $8,369.50 |
| (14) | 2020-08-30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $25,999.50 | $30,873.50 | $10,328.00 | $4,874.00 |
| (15) | 2020-08-31 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $101,506.50 | $80,731.96 | $8,685.00 | ($20,774.54) |
| (16) | 2020-09-01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,999.00 | $25,919.00 | $0.00 | ($1,080.00) |
| (17) | 2020-09-02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $7,742.25 | $5,169.15 | $0.00 | ($2,573.10) |
| (18) | 2020-09-03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $26,924.26 | $19,299.63 | $0.00 | ($7,624.63) |
| (19) | 2020-09-04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,970.50 | $12,709.60 | $0.00 | ($5,260.90) |
| (20) | 2020-09-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,000.50 | $10,549.75 | $0.00 | ($2,450.75) |
| (21) | 2020-09-06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,215.70 | $16,764.33 | $1,887.50 | ($451.37) |

# Daily Gaming Activity

| | Date | Chips In | Cash In | CWA In | Match In | Promo In | Tito In | CPV In | Fm/Mkr In | Total In | Walk Amount | Coin In | Coin Out | Jackpots | Win/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (22) | 2020-09-07 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $51,881.00 | $53,260.85 | $6,870.00 | $1,379.85 |
| (23) | 2020-09-08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $18,412.90 | $12,259.18 | $1,430.00 | ($6,153.72) |
| (24) | 2020-09-09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30,176.90 | $20,527.35 | $0.00 | ($9,649.55) |
| (25) | 2020-09-10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,333.50 | $5,835.50 | $0.00 | ($2,498.00) |
| (26) | 2020-09-11 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $13,075.48 | $9,291.69 | $0.00 | ($3,783.79) |
| (27) | 2020-09-12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,822.92 | $6,061.48 | $0.00 | ($761.44) |
| (28) | 2020-09-13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,210.75 | $3,164.70 | $0.00 | ($2,046.05) |
| (29) | 2020-09-14 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $48,228.20 | $41,186.32 | $0.00 | ($7,041.88) |
| (30) | 2020-09-16 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $17,647.56 | $11,523.41 | $0.00 | ($6,124.15) |
| (31) | 2020-09-17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $630.20 | $239.12 | $0.00 | ($391.08) |
| (32) | 2020-09-18 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $42,012.00 | $35,043.20 | $2,075.00 | ($6,968.80) |
| (33) | 2020-09-19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21,901.26 | $18,784.24 | $2,936.00 | ($3,117.02) |
| (34) | 2020-09-20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $28,027.80 | $26,939.56 | $4,220.00 | ($1,088.24) |
| (35) | 2020-09-21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $290.00 | $90.00 | $0.00 | ($200.00) |
| (36) | 2020-09-23 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $11,937.85 | $11,367.69 | $0.00 | ($570.16) |
| (37) | 2020-09-24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6,308.30 | $5,322.85 | $0.00 | ($985.45) |
| (38) | 2020-09-25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,465.00 | $1,865.00 | $0.00 | ($600.00) |
| (39) | 2020-09-30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20,554.00 | $19,707.14 | $3,901.00 | ($846.86) |
| (40) | 2020-10-01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9,811.20 | $6,956.87 | $0.00 | ($2,854.33) |
| (41) | 2020-10-02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $458.00 | $183.90 | $0.00 | ($274.10) |
| (42) | 2020-10-03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,424.20 | $2,017.20 | $0.00 | ($1,407.00) |
| (43) | 2020-10-05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10,988.50 | $8,906.87 | $0.00 | ($2,081.63) |
| (44) | 2020-10-19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,330.50 | $597.10 | $0.00 | ($733.40) |
| (45) | 2020-10-20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,179.50 | $12,572.91 | $2,437.50 | ($1,606.59) |
| **Totals:** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$775,471.12** | **$694,746.48** | **$85,133.10** | **($80,724.64)** |

# Daily Gaming Activity

49500 Seminole Dr,Cabazon,CA 92230
(951) 849-3080

**Mr. Michael A Bauer**
**1901 W La Veta Ave 109**
**Orange, CA 92868**

**Account #:263165**
**JAN 1,2021 Thru DEC 31,2021**

**Cash Buy In : carded table cash buyins plus carded keno,bingo,tote cash buyins**
**Total In: carded table total in plus carded keno,bingo,tote total in**
**Coin In: carded slot coin in**
**Coin Out: carded slot coin out**
**Jackpots: att. pay table jackpots plus att. pay slot jackpots**

Morongo Casino Resort Spa is pleased to provide you with this summary. It is based on "rating data", it is not audited,and may not reflect your actual gaming results for the year.

| | Date | Chips In | Cash In | CWA In | Match In | Promo In | Tito In | CPV In | Fm/Mkr In | Total In | Walk Amount | Coin In | Coin Out | Jackpots | Win/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | 2021-01-03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,788.21 | $1,574.73 | $0.00 | ($213.48) |
| (2) | 2021-01-17 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,142.45 | $1,994.45 | $0.00 | ($148.00) |
| (3) | 2021-01-24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,399.76 | $2,689.27 | $0.00 | ($710.49) |
| (4) | 2021-01-30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,008.35 | $966.57 | $0.00 | ($41.78) |
| (5) | 2021-09-02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,748.00 | $7,617.51 | $0.00 | ($1,130.49) |
| **Totals:** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$17,086.77** | **$14,842.53** | **$0.00** | **($2,244.24)** |

# Daily Gaming Activity

49500 Seminole Dr,Cabazon,CA 92230
(951) 849-3080

**Mr. Michael A Bauer**
**1901 W La Veta Ave 109**
**Orange, CA 92868**

**Account #:263165**
**JAN 1,2022 Thru DEC 31,2022**

**Cash Buy In : carded table cash buyins plus carded keno,bingo,tote cash buyins**
**Total In: carded table total in plus carded keno,bingo,tote total in**
**Coin In: carded slot coin in**
**Coin Out: carded slot coin out**
**Jackpots: att. pay table jackpots plus att. pay slot jackpots**

Morongo Casino Resort Spa is pleased to provide you with this summary. It is based on "rating data", it is not audited,and may not reflect your actual gaming results for the year.

| | Date | Chips In | Cash In | CWA In | Match In | Promo In | Tito In | CPV In | Fm/Mkr In | Total In | Walk Amount | Coin In | Coin Out | Jackpots | Win/Loss |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | 2022-04-08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,897.38 | $3,918.99 | $0.00 | $21.61 |
| **Totals:** | | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$3,897.38** | **$3,918.99** | **$0.00** | **$21.61** |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30-OCT-2022 00:01:59 | Hotel Comp T6 NITE 3 | | 44877894 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-OCT-2022 00:01:59 | Hotel Comp T6 NITE 2 | | 44877893 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-OCT-2022 00:01:59 | Hotel Comp T6 NITE 1 | | 44877892 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-OCT-2022 00:08:34 | Meet & Dine with Fabio for 2 | | 48070047 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 93.98 | 93.98 |
| 15-OCT-2022 00:17:35 | Hotel Comp T6 NITE 4 | | 47821973 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2022 00:16:05 | Hotel Comp T6 NITE 3 | | 47812721 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2022 00:14:34 | Hotel Comp T6 NITE 2 | | 47803471 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2022 00:12:47 | Hotel Comp T6 NITE 1 | | 47794221 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-OCT-2022 23:05:59 | Hotel Comp T6 NITE 3 | | 43982408 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-OCT-2022 23:05:55 | Hotel Comp T6 NITE 2 | | 43982407 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-OCT-2022 23:05:51 | Hotel Comp T6 NITE 1 | | 43982406 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-SEP-2022 00:20:58 | Hotel Comp T6 NITE 4 | | 47095869 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-SEP-2022 00:19:10 | Hotel Comp T6 NITE 3 | | 47086216 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-SEP-2022 00:17:20 | Hotel Comp T6 NITE 2 | | 47076566 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-SEP-2022 00:14:54 | Hotel Comp T6 NITE 1 | | 47066911 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-SEP-2022 14:51:40 | Marketplace Free Buffet eBlast | | 44291875 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-AUG-2022 00:13:35 | Hotel Comp T6 NITE 1 | | 46382770 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-AUG-2022 00:13:35 | Hotel Comp T6 NITE 2 | | 46382771 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-AUG-2022 00:13:35 | Hotel Comp T6 NITE 4 | | 46382773 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-AUG-2022 00:13:35 | Hotel Comp T6 NITE 3 | | 46382772 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 11-AUG-2022 18:17:30 | THE MARKETPLACE 50% OFF | | 43739849 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 07-AUG-2022 20:59:00 | Hotel Comp T2 Wk 4 NL | | 43141056 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-AUG-2022 15:11:44 | Hotel Comp T6 NITE 3 | | 46143677 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-AUG-2022 15:11:01 | Hotel Comp T6 NITE 1 | | 46141212 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-AUG-2022 15:10:55 | Hotel Comp T6 NITE 2 | | 46140894 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 25-JUL-2022 03:21:35 | Hotel Comp T2 Wk 3 NL | | 43141057 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 18-JUL-2022 05:46:33 | Hotel Comp T2 Wk 2 NL | | 43141058 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-JUL-2022 02:24:37 | Hotel Comp T2 Wk 1 NL | | 43141055 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 09-JUL-2022 06:42:49 | Hotel Comp T2 Wk 4 NL | | 42818321 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-JUN-2022 16:12:17 | Hotel Comp T2 Wk 3 NL | | 42818320 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUN-2022 00:01:55 | Hotel Comp T6 NITE 3 | | 44877894 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUN-2022 00:01:55 | Hotel Comp T6 NITE 2 | | 44877893 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUN-2022 00:01:55 | Hotel Comp T6 NITE 1 | | 44877892 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 12-JUN-2022 16:13:18 | Hotel Comp T2 Wk 2 NL | | 42818319 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 05-JUN-2022 18:25:12 | Hotel Comp T2 Wk 1 NL | | 42818318 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-JUN-2022 00:38:38 | Hotel Comp T2 Wk 4 NL | | 42517580 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 23-MAY-2022 03:06:48 | Hotel Comp T2 Wk 3 NL | | 42513476 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 17-MAY-2022 00:37:38 | Marketplace Free Buffet eBlast | | 44291875 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 46.99 | 46.99 |
| 16-MAY-2022 10:51:37 | Hotel Comp T2 Wk 2 NL | | 42493452 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-MAY-2022 00:30:31 | Hotel Comp T6 NITE 3 | | 43982408 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-MAY-2022 00:30:31 | Hotel Comp T6 NITE 2 | | 43982407 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-MAY-2022 00:30:31 | Hotel Comp T6 NITE 1 | | 43982406 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 11-MAY-2022 00:09:02 | THE MARKETPLACE 50% OFF | | 43739849 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 23.5 | 23.5 |
| 09-MAY-2022 11:13:06 | Hotel Comp T2 Wk 1 NL | | 42489286 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 07-MAY-2022 15:54:13 | Hotel Comp T2 Wk 4 NL | | 41919340 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 24-APR-2022 15:35:32 | Hotel Comp T2 Wk 3 NL | | 41932639 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 17-APR-2022 13:19:08 | Hotel Comp T2 Wk 2 NL | | 41917331 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-APR-2022 20:02:23 | Hotel Comp T2 Wk 1 NL | | 41930630 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 04-APR-2022 01:51:29 | TC Tracking Offer | | 42147103 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 31-MAR-2022 00:16:07 | Hotel Comp T2 Wk 5 NL | | 41315564 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 29-MAR-2022 06:31:34 | Hotel Comp T2 Wk 4 NL | | 41315561 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-MAR-2022 00:15:40 | Hotel Comp T2 Wk 3 NL | | 41315560 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-MAR-2022 00:17:01 | Hotel Comp T2 Wk 4 NL | | 43141056 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-MAR-2022 00:17:01 | Hotel Comp T2 Wk 2 NL | | 43141058 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-MAR-2022 00:17:01 | Hotel Comp T2 Wk 1 NL | | 43141055 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-MAR-2022 00:17:01 | Hotel Comp T2 Wk 3 NL | | 43141057 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 13-MAR-2022 08:01:18 | Hotel Comp T2 Wk 2 NL | | 41315562 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 06-MAR-2022 13:58:24 | Hotel Comp T2 Wk 1 NL | | 41315563 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 05-MAR-2022 04:47:44 | Hotel Comp T2 Wk 4 NL | | 40939093 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-FEB-2022 17:30:21 | Hotel Comp T2 Wk 3 NL | | 40939090 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-FEB-2022 00:16:06 | Hotel Comp T2 Wk 2 NL | | 42818319 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-FEB-2022 00:16:06 | Hotel Comp T2 Wk 3 NL | | 42818320 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-FEB-2022 00:16:06 | Hotel Comp T2 Wk 4 NL | | 42818321 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-FEB-2022 00:16:06 | Hotel Comp T2 Wk 1 NL | | 42818318 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 13-FEB-2022 17:54:56 | Hotel Comp T2 Wk 2 NL | | 40939091 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 09-FEB-2022 08:14:39 | Hotel Comp T2 Wk 1 NL | | 40939092 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 07-FEB-2022 20:00:11 | Hotel Comp T2 Wk 4 NL | | 40537624 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 24-JAN-2022 01:02:30 | Hotel Comp T2 Wk 3 NL | | 40537623 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-JAN-2022 00:23:58 | Hotel Comp T2 Wk 4 NL | | 42517580 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-JAN-2022 00:23:25 | Hotel Comp T2 Wk 3 NL | | 42513476 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-JAN-2022 00:20:41 | Hotel Comp T2 Wk 2 NL | | 42493452 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-JAN-2022 00:20:05 | Hotel Comp T2 Wk 1 NL | | 42489286 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 16-JAN-2022 01:07:39 | Hotel Comp T2 Wk 2 NL | | 40537622 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 13-JAN-2022 15:03:01 | Hotel Comp T2 Wk 2 NL | | 42241500 | EMS | Voucher Voided | 0 | 0 | 0 | 0 | 0 | 0 |
| 12-JAN-2022 20:29:47 | Hotel Comp T2 Wk 1 NL | | 42267550 | EMS | Voucher Voided | 0 | 0 | 0 | 0 | 0 | 0 |
| 12-JAN-2022 16:37:22 | Hotel Comp T2 Wk 1 NL | | 42267550 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 12-JAN-2022 16:33:20 | Hotel Comp T2 Wk 2 NL | | 42241500 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 09-JAN-2022 01:00:09 | Hotel Comp T2 Wk 1 NL | | 40537625 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-DEC-2021 00:01:44 | TC Tracking Offer | | 42147103 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 14-DEC-2021 00:10:18 | Hotel Comp T2 Wk 3 NL | | 41932639 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 14-DEC-2021 00:10:04 | Hotel Comp T2 Wk 1 NL | | 41930630 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 14-DEC-2021 00:08:44 | Hotel Comp T2 Wk 4 NL | | 41919340 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 14-DEC-2021 00:08:28 | Hotel Comp T2 Wk 2 NL | | 41917331 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 05-DEC-2021 09:16:10 | Hotel Comp T7 NITE 2 | | 39862919 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 05-DEC-2021 09:16:08 | Hotel Comp T7 NITE 1 | | 39862918 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 02-DEC-2021 10:55:23 | Wahlburger Free Meal | | 39935663 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 17-NOV-2021 00:00:59 | Hotel Comp T2 Wk 3 NL | | 41315560 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 17-NOV-2021 00:00:59 | Hotel Comp T2 Wk 2 NL | | 41315562 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 17-NOV-2021 00:00:59 | Hotel Comp T2 Wk 4 NL | | 41315561 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 17-NOV-2021 00:00:59 | Hotel Comp T2 Wk 1 NL | | 41315563 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 17-NOV-2021 00:00:59 | Hotel Comp T2 Wk 5 NL | | 41315564 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-NOV-2021 20:07:45 | Hotel Comp T7 NITE 2 | | 39487441 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-NOV-2021 20:07:42 | Hotel Comp T7 NITE 1 | | 39487440 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-OCT-2021 04:49:39 | Dining Credit $25 | | 39910828 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2021 00:09:09 | Hotel Comp T2 Wk 4 NL | | 40939093 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2021 00:09:09 | Hotel Comp T2 Wk 3 NL | | 40939090 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2021 00:09:09 | Hotel Comp T2 Wk 1 NL | | 40939092 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2021 00:09:09 | Hotel Comp T2 Wk 2 NL | | 40939091 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-OCT-2021 19:15:39 | Hotel Rate T7 Wk 4 NL | | 39052470 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-OCT-2021 19:15:37 | Hotel Comp T7 NITE 2 | | 39052466 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-OCT-2021 19:15:35 | Hotel Comp T7 NITE 1 | | 39052465 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-SEP-2021 00:09:54 | Hotel Comp T2 Wk 4 NL | | 40537624 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-SEP-2021 00:09:54 | Hotel Comp T2 Wk 1 NL | | 40537625 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-SEP-2021 00:09:54 | Hotel Comp T2 Wk 3 NL | | 40537623 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21-SEP-2021 00:09:54 | Hotel Comp T2 Wk 2 NL | | 40537622 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-SEP-2021 02:19:32 | Hotel Rate T7 Wk 3 NL | | 39052469 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 12-SEP-2021 00:24:45 | Hotel Rate T7 Wk 2 NL | | 39052468 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 12-SEP-2021 00:24:43 | Hotel Rate T7 Wk 1 NL | | 39052467 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 09-SEP-2021 23:24:18 | July Htl Supp T3 | | 37943996 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-SEP-2021 21:48:55 | June Htl Supp T3 | | 37869985 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-AUG-2021 02:36:48 | Hotel Comp T3 Wk 4 NL | | 38037797 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-AUG-2021 02:34:45 | Hotel Comp T3 Wk 3 NL | | 38037796 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 14-AUG-2021 02:35:46 | Hotel Comp T3 Wk 2 NL | | 38037798 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 08-AUG-2021 14:03:00 | Hotel Comp T3 Wk 1 NL | | 38037799 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-AUG-2021 15:09:42 | Hotel Comp T1 Wk 4 NL | | 37250251 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-JUL-2021 16:54:45 | June Htl Supp T1 | | 37110207 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-JUL-2021 00:45:27 | May Htl Supp T1 | | 37111302 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28-JUL-2021 16:41:53 | Wahlburger Free Meal | | 39935663 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 26 | 26 |
| 25-JUL-2021 10:42:15 | Hotel Comp T1 Wk 3 NL | | 37250250 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-JUL-2021 00:01:22 | Dining Credit $25 | | 39910828 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 25 | 25 |
| 18-JUL-2021 10:54:43 | Hotel Comp T1 Wk 2 NL | | 37250249 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUL-2021 00:27:36 | Hotel Comp T7 NITE 2 | | 39862919 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUL-2021 00:27:36 | Hotel Comp T7 NITE 1 | | 39862918 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-JUL-2021 12:34:11 | Hotel Comp T1 Wk 1 NL | | 37250252 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 07-JUL-2021 23:47:48 | Hotel Comp T1 Wk 4 NL | | 35867041 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-JUL-2021 21:02:30 | Apr Htl Supp T1 | | 36388443 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 02-JUL-2021 10:35:08 | TC Tracking Offer | | 36466828 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-JUL-2021 12:49:22 | May Htl Supp T1 | | 36457101 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 28-JUN-2021 19:05:31 | Hotel Comp T1 Wk 3 NL | | 35867040 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 22-JUN-2021 00:18:19 | Hotel Comp T7 NITE 2 | | 39487441 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22-JUN-2021 00:18:19 | Hotel Comp T7 NITE 1 | | 39487440 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUN-2021 10:40:16 | Hotel Comp T1 Wk 1 NL | | 36563390 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUN-2021 10:40:14 | Hotel Comp T1 Wk 4 NL | | 36563389 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUN-2021 10:40:12 | Hotel Comp T1 Wk 3 NL | | 36563388 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-JUN-2021 10:40:10 | Hotel Comp T1 Wk 2 NL | | 36563387 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 13-JUN-2021 08:17:42 | Hotel Comp T1 Wk 2 NL | | 35867042 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 09-JUN-2021 06:06:05 | Hotel Comp T1 Wk 1 NL | | 35867043 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 07-JUN-2021 16:15:24 | Mar Htl Supp T1 | | 35582007 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 05-JUN-2021 07:42:29 | Apr Htl Supp T1 | | 35704858 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-MAY-2021 03:48:13 | Hotel Comp T1 Wk 4 NL | | 34988652 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 22-MAY-2021 03:42:14 | Hotel Comp T1 Wk 3 NL | | 34988651 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-MAY-2021 03:29:46 | Hotel Comp T1 Wk 2 NL | | 34988650 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 14-MAY-2021 18:55:28 | F&B - MFC - $25.00 | | 35736357 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 25 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-MAY-2021 07:02:57 | Hotel Comp T1 Wk 1 NL | | 34988653 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-MAY-2021 00:39:06 | Hotel Comp T7 NITE 1 | | 39052465 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-MAY-2021 00:39:06 | Hotel Rate T7 Wk 4 NL | | 39052470 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-MAY-2021 00:39:06 | Hotel Rate T7 Wk 3 NL | | 39052469 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-MAY-2021 00:39:06 | Hotel Rate T7 Wk 2 NL | | 39052468 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-MAY-2021 00:39:06 | Hotel Rate T7 Wk 1 NL | | 39052467 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-MAY-2021 00:39:06 | Hotel Comp T7 NITE 2 | | 39052466 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-MAY-2021 00:10:30 | Mar Htl Supp T1 | | 34747556 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 08-MAY-2021 16:36:27 | Feb Htl Supp T1 | | 34694951 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-MAY-2021 01:05:39 | Hotel Comp T1 Wk 4 NL | | 34073828 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 25-APR-2021 01:04:23 | Hotel Comp T1 Wk 3 NL | | 34073827 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-APR-2021 00:00:50 | Hotel Comp T3 Wk 2 NL | | 38037798 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-APR-2021 00:00:50 | Hotel Comp T3 Wk 4 NL | | 38037797 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-APR-2021 00:00:50 | Hotel Comp T3 Wk 3 NL | | 38037796 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-APR-2021 00:00:50 | Hotel Comp T3 Wk 1 NL | | 38037799 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 18-APR-2021 01:00:33 | Hotel Comp T1 Wk 2 NL | | 34073829 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 12-APR-2021 12:36:46 | July Htl Supp T3 | | 37943996 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 12-APR-2021 12:22:33 | June Htl Supp T3 | | 37869985 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 11-APR-2021 00:59:03 | Hotel Comp T1 Wk 1 NL | | 34073830 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 06-APR-2021 01:24:03 | Feb Htl Supp T1 | | 33945411 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 05-APR-2021 04:26:48 | Jan Htl Supp T1 | | 33853419 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 02-APR-2021 18:11:31 | TC Tracking Offer | | 33189824 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-APR-2021 15:31:14 | VIP Events Hotel Comp Offer | | 34904974 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 28-MAR-2021 19:43:04 | Hotel Comp T1 Wk 4 NL | | 33329574 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 24-MAR-2021 00:17:15 | Hotel Comp T1 Wk 3 NL | | 37250250 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 24-MAR-2021 00:17:15 | Hotel Comp T1 Wk 1 NL | | 37250252 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 24-MAR-2021 00:17:15 | Hotel Comp T1 Wk 4 NL | | 37250251 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 24-MAR-2021 00:17:15 | Hotel Comp T1 Wk 2 NL | | 37250249 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 24-MAR-2021 00:03:13 | May Htl Supp T1 | | 37111302 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 89 | 89 |
| 24-MAR-2021 00:03:05 | June Htl Supp T1 | | 37110207 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-MAR-2021 16:26:29 | Hotel Comp T1 Wk 3 NL | | 33329575 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-MAR-2021 12:40:09 | VIP Events Hotel Comp Offer | | 34032118 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 16-MAR-2021 00:08:50 | Hotel Comp T1 Wk 1 NL | | 36563390 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 16-MAR-2021 00:08:50 | Hotel Comp T1 Wk 4 NL | | 36563389 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 16-MAR-2021 00:08:50 | Hotel Comp T1 Wk 3 NL | | 36563388 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 16-MAR-2021 00:08:50 | Hotel Comp T1 Wk 2 NL | | 36563387 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 13-MAR-2021 15:07:22 | Hotel Comp T1 Wk 2 NL | | 33329573 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 06-MAR-2021 14:51:41 | Hotel Comp T1 Wk 1 NL | | 33329576 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-MAR-2021 01:04:19 | Hotel Comp T1 Wk 4 NL | | 32462710 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-MAR-2021 00:27:33 | TC Tracking Offer | | 36466828 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-MAR-2021 00:26:46 | May Htl Supp T1 | | 36457101 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 89 | 89 |
| 01-MAR-2021 00:20:35 | Apr Htl Supp T1 | | 36388443 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 89 | 89 |
| 22-FEB-2021 00:09:07 | Hotel Comp T1 Wk 1 NL | | 35867043 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 22-FEB-2021 00:09:07 | Hotel Comp T1 Wk 2 NL | | 35867042 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 22-FEB-2021 00:09:07 | Hotel Comp T1 Wk 3 NL | | 35867040 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 22-FEB-2021 00:09:07 | Hotel Comp T1 Wk 4 NL | | 35867041 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-FEB-2021 00:58:23 | Hotel Comp T1 Wk 3 NL | | 32462709 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 14-FEB-2021 17:22:59 | VIP Events Hotel Comp Offer | | 33060899 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 13-FEB-2021 00:56:05 | Hotel Comp T1 Wk 2 NL | | 32462708 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 06-FEB-2021 00:55:45 | Hotel Comp T1 Wk 1 NL | | 32462711 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-FEB-2021 08:52:08 | S2S Redemption | | 10487164 | 1019 | Points Redeemed External - Complete | 87 | 0 | 0 | 0 | 0.29 | 0.29 |
| 03-FEB-2021 08:09:25 | F&B - MFC - $25.00 | | 35736357 | BDIAZ | Voucher Issued - Points Redeemed | 0 | 0 | 25 | 0 | 25 | 25 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-FEB-2021 00:28:08 | Apr Htl Supp T1 | | 35704858 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 89 | 89 |
| 01-FEB-2021 00:17:16 | Mar Htl Supp T1 | | 35582007 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 89 | 89 |
| 30-JAN-2021 06:52:06 | Hotel Comp T2 Wk 4 NL | | 31872725 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 23-JAN-2021 06:45:00 | Hotel Comp T2 Wk 3 NL | | 31872724 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 18-JAN-2021 02:00:48 | F&B - MFC - $50.00 | | 35520094 | 19359 | Voucher Redeemed Partial Return | 0 | 0 | 0 | 3 | 0 | 0 |
| 18-JAN-2021 01:42:17 | F&B - MFC - $50.00 | | 35520094 | APENA | Voucher Issued - Points Redeemed | 0 | 0 | 50 | 0 | 50 | 50 |
| 18-JAN-2021 00:02:45 | Hotel Comp T1 Wk 2 NL | | 34988650 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 18-JAN-2021 00:02:45 | Hotel Comp T1 Wk 4 NL | | 34988652 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 18-JAN-2021 00:02:45 | Hotel Comp T1 Wk 3 NL | | 34988651 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 18-JAN-2021 00:02:45 | Hotel Comp T1 Wk 1 NL | | 34988653 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 16-JAN-2021 06:16:47 | Hotel Comp T2 Wk 2 NL | | 31872723 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 09-JAN-2021 05:52:19 | Hotel Comp T2 Wk 1 NL | | 31872722 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 03-JAN-2021 16:40:40 | S2S Redemption | | 10475705 | IWARE | Points Redeemed External - Complete | 1,188 | 0 | 0 | 0 | 3.96 | 3.96 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-DEC-2020 00:43:08 | Hotel Rate T7 Wk 5 NL | | 31253640 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-DEC-2020 18:05:12 | Hotel Comp T7 NITE 3 | | 31180369 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-DEC-2020 12:32:27 | Hotel Comp T7 NITE 1 | | 31119303 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 30-DEC-2020 05:49:39 | Hotel Comp T7 NITE 2 | | 31151846 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 26-DEC-2020 10:12:52 | Hotel Rate T7 Wk 4 NL | | 31235769 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 22-DEC-2020 14:10:51 | VIP Events Hotel Comp Offer | | 34904974 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-DEC-2020 12:07:28 | Hotel Rate T7 Wk 3 NL | | 31306334 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-DEC-2020 00:56:22 | Mar Htl Supp T1 | | 34747556 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 89 | 89 |
| 15-DEC-2020 00:52:24 | Feb Htl Supp T1 | | 34694951 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 89 |
| 15-DEC-2020 00:07:11 | Hotel Comp T1 Wk 2 NL | | 34073829 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-DEC-2020 00:07:11 | Hotel Comp T1 Wk 3 NL | | 34073827 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-DEC-2020 00:07:11 | Hotel Comp T1 Wk 4 NL | | 34073828 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-DEC-2020 00:07:11 | Hotel Comp T1 Wk 1 NL | | 34073830 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-DEC-2020 08:32:33 | Hotel Rate T7 Wk 2 NL | | 31295097 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 08-DEC-2020 00:02:26 | VIP Events Hotel Comp Offer | | 34032118 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 05-DEC-2020 07:15:20 | Hotel Rate T7 Wk 1 NL | | 31214721 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 01-DEC-2020 13:20:39 | NL Hotel Rate | | 30815990 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 24-NOV-2020 00:13:55 | Feb Htl Supp T1 | | 33945411 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 24-NOV-2020 00:07:25 | Jan Htl Supp T1 | | 33853419 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-NOV-2020 20:00:14 | NL Hotel Rate | | 30781039 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-NOV-2020 00:09:44 | Hotel Comp T1 Wk 4 NL | | 33329574 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-NOV-2020 00:09:44 | Hotel Comp T1 Wk 1 NL | | 33329576 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-NOV-2020 00:09:44 | Hotel Comp T1 Wk 3 NL | | 33329575 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-NOV-2020 00:09:44 | Hotel Comp T1 Wk 2 NL | | 33329573 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 19-NOV-2020 00:07:34 | TC Tracking Offer | | 33189824 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 14-NOV-2020 16:05:17 | NL Hotel Rate | | 30729344 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07-NOV-2020 18:07:19 | NL Hotel Rate | | 30717466 | EMS | Voucher Redeemed Partial Return | 0 | 0 | 0 | 0 | 0 | 0 |
| 31-OCT-2020 00:00:33 | VIP Events Hotel Comp Offer | | 33060899 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2020 00:04:34 | Hotel Comp T1 Wk 1 NL | | 32462711 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2020 00:04:34 | Hotel Comp T1 Wk 4 NL | | 32462710 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2020 00:04:34 | Hotel Comp T1 Wk 3 NL | | 32462709 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-OCT-2020 00:04:34 | Hotel Comp T1 Wk 2 NL | | 32462708 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 09-OCT-2020 17:45:33 | F&B - MFC - $50.00 | | 32448488 | DNEWMAN | Voucher Redeemed Partial Return | 0 | 0 | 0 | 50 | 0 | 0 |
| 09-OCT-2020 17:45:33 | F&B - MFC - $50.00 | | 32448488 | DNEWMAN | Voucher Voided | 0 | 0 | 0 | 0 | -50 | -50 |
| 03-OCT-2020 01:39:48 | F&B - MFC - $50.00 | | 32448488 | KNGUYEN | Voucher Issued - Points Redeemed | 0 | 0 | 50 | 0 | 50 | 50 |
| 21-SEP-2020 13:09:11 | Comp Room - $238.00 | | 32391389 | SHILTON | Voucher Issued - Points Redeemed | 0 | 0 | 238 | 0 | 238 | 238 |
| 21-SEP-2020 13:05:58 | Comp Room - $119.00 | | 32391388 | SHILTON | Voucher Issued - Points Redeemed | 0 | 0 | 119 | 0 | 119 | 119 |
| 20-SEP-2020 22:30:48 | S2S Redemption | | 10437691 | 26298 | Points Redeemed External - Complete | 2,970 | 0 | 0 | 0 | 9.9 | 9.9 |
| 20-SEP-2020 21:51:15 | Comp Room - $119.00 | VIP20 - 1 NIGHT SUITE | 32391279 | KNGUYEN | Voucher Issued - Points Redeemed | 0 | 0 | 119 | 0 | 119 | 119 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15-SEP-2020 00:08:01 | Hotel Comp T2 Wk 1 NL | | 31872722 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-SEP-2020 00:08:01 | Hotel Comp T2 Wk 4 NL | | 31872725 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-SEP-2020 00:08:01 | Hotel Comp T2 Wk 2 NL | | 31872723 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 15-SEP-2020 00:08:01 | Hotel Comp T2 Wk 3 NL | | 31872724 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 10-SEP-2020 11:03:45 | Comp Room - $752.00 | | 31777963 | KTRUE | Voucher Issued - Points Redeemed | 0 | 0 | 752 | 0 | 752 | 752 |
| 07-SEP-2020 10:56:52 | S2S Redemption | | 10432608 | 518 | Points Redeemed External - Complete | 471 | 0 | 0 | 0 | 1.57 | 1.57 |
| 06-SEP-2020 02:09:56 | Comp Room - $287.00 | VIP20 - 3 NIGHTS | 31776394 | KNGUYEN | Voucher Issued - Points Redeemed | 0 | 0 | 287 | 0 | 287 | 287 |
| 01-SEP-2020 02:11:40 | Comp Room - $267.00 | VIP20 - ROOM 3 NIGHTS | 31774553 | APENA | Voucher Issued - Points Redeemed | 0 | 0 | 267 | 0 | 267 | 267 |
| 30-AUG-2020 08:02:26 | S2S Redemption | | 10429489 | 17427 | Points Redeemed External - Complete | 13,674 | 0 | 0 | 0 | 45.58 | 45.58 |
| 28-AUG-2020 08:14:30 | S2S Redemption | | 10428407 | 17427 | Points Redeemed External - Complete | 264 | 0 | 0 | 0 | 0.88 | 0.88 |
| 20-AUG-2020 00:24:12 | Hotel Rate T7 Wk 3 NL | | 31306334 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-AUG-2020 00:23:33 | Hotel Rate T7 Wk 2 NL | | 31295097 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-AUG-2020 00:21:07 | Hotel Rate T7 Wk 5 NL | | 31253640 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |

# Patron Comp History - Lifetime

**Patron ID is equal to 263165**
**Name is equal to Bauer, Michael**

| Date/Time | Comp | Comments | Voucher# | Employee | Type | Pts Spent | Pts Adjust | Comp Pts Spent | Comp Pts Adjust | Cost | Retail |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-AUG-2020 00:20:03 | Hotel Rate T7 Wk 4 NL | | 31235769 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-AUG-2020 00:18:46 | Hotel Rate T7 Wk 1 NL | | 31214721 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-AUG-2020 00:16:42 | Hotel Comp T7 NITE 3 | | 31180369 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-AUG-2020 00:14:22 | Hotel Comp T7 NITE 2 | | 31151846 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 20-AUG-2020 00:11:56 | Hotel Comp T7 NITE 1 | | 31119303 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-JUL-2020 00:31:58 | NL Hotel Rate | | 30815990 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-JUL-2020 00:30:17 | NL Hotel Rate | | 30781039 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-JUL-2020 00:27:53 | NL Hotel Rate | | 30729344 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| 21-JUL-2020 00:27:20 | NL Hotel Rate | | 30717466 | EMS | Voucher Issued - Points Redeemed | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | | | | | | 18,654 | 0 | 1,907 | 78 | 2,668.65 | 2,935.65 |

DECLARATION OF CUSTODIAN CERTIFYING BUSINESS RECORD

I, SEAN SADEGHI (name), hereby declare as follows:

1. I am a duly authorized custodian of records for MORONGO CASINO RESORT & SPA (name of business entity) (the "Business Entity"). In that capacity, I am knowledgeable about the matters set forth herein and I am qualified and authorized to make this declaration.

a. My job title/position is: DIRECTOR OF FINANCE

b. I have been employed in this capacity for 3Y8MO (duration) and by the Business Entity for 3Y8MO (duration).

c. My job duties are:
OVERSEEING FINANCE

d. I am knowledgeable about the matters set forth herein and the relevant record-keeping practices of the Business Entity based upon (check all that apply):

[ ] Training.

[ ] Familiarity with relevant policy/policies.

[ ] Hands-on experience.

[X] Supervision of one or more others with hands-on experience.

[ ] Other. Describe:

2. Attached hereto or enclosed herewith are *originals/true and correct duplicates* of a record or records of a regularly conducted activity of the Business Entity named above.

(Circle either "originals" or "true and correct duplicates" and strike out the other term.)

3. I certify that the attached record(s):

a. was/were made at or near the time of the occurrence of the matters set forth therein,

b. was/were made by, or from information transmitted by, a person with knowledge of those matters;

c. was/were kept in the course of the regularly conducted activity of the Business Entity;

d. was/were made by and in the course of the regularly conducted activity as a regular practice;

e. if not original records, are exact duplicates of original records.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed at CABAZON, CA,
(place document was signed)
on AUGUST 3, 2023.
(date document was signed)

[signature]
(signature)

SEAN SADEGHI
(typed or printed name)

# EXHIBIT B

**From:** Martin Madrigal
**To:** Guerrero, Elias (LA) (FBI)
**Subject:** [EXTERNAL EMAIL] - FW: Michael Bauer Subpoena
**Date:** Monday, August 7, 2023 12:39:29 PM
**Attachments:** 263165.xlsx
263165_2020 WL.pdf
263165_2021 WL.pdf
263165_2022 WL.pdf
263165_Comp History.pdf
Custodian of Records.pdf

---

Here you go.

Martin Madrigal
Morongo Gaming Agency
Compliance/ Backgrounds
Director
800 252-4499 Ext 23523

---

**From:** Marlina Gutierrez
**Sent:** Thursday, August 3, 2023 3:15 PM
**To:** Martin Madrigal
**Subject:** Michael Bauer Subpoena

Here are the records for Michael Bauer. The subpoena was due on July 28 and I received it yesterday. The subpoena also indicated that the records be sent electronically. Let me know how I can further assist you and/or if you want hard copies.

Thank you,

Marlina Gutierrez
AML Investigations Supervisor
(951) 755-5340 ext. 23114
Marlina_Gutierrez@morongo.com

CONFIDENTIALITY: Please note that this e-mail, including its contents and attachments, if any, are confidential. If you are not an intended recipient, please notify the sender and immediately delete all copies of this email from your system and destroy any hardcopies. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights contained herein are the sole property of Morongo Casino, Resort & Spa.

**From:** Martin Madrigal
**To:** Guerrero, Elias (LA) (FBI); Sean Sadeghi
**Subject:** [EXTERNAL EMAIL] - RE: Meeting With Prosecution Team
**Date:** Thursday, March 12, 2026 12:42:59 PM

---

Thanks for the notification Elias.
Martin

---

**From:** Elias Guerrero [redacted]
**Sent:** Thursday, March 12, 2026 12:40 PM
**To:** Sean Sadeghi <Sean_Sadeghi@morongo.com>
**Cc:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** RE: Meeting With Prosecution Team

Hello,

The trial has been postponed by the judge to October 26, 2026. We will reach out again closer to that date.

Thank you,

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation
Los Angeles | [redacted]

---

**From:** Guerrero, Elias (LA) (FBI)
**Sent:** Wednesday, March 11, 2026 11:03 AM
**To:** sean_sadeghi@morongo.com
**Subject:** RE: Meeting With Prosecution Team

Mr. Sadeghi,

Hope you are doing well. I wanted to see if you would be available for an video conference call with the prosecution team possibly this Friday?

Thanks,

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation
Los Angeles | [redacted]

---

**From:** Guerrero, Elias (LA) (FBI)
**Sent:** Monday, March 2, 2026 12:53 PM
**To:** 'sean_sadeghi@morongo.com' <sean_sadeghi@morongo.com>

**Subject:** RE: Meeting With Prosecution Team

Mr. Sadeghi,

Just following up on my below email. Does March 4th at noon work for you? Please let me know as soon as you can.

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation
Los Angeles | [redacted]

---

**From:** Guerrero, Elias (LA) (FBI)
**Sent:** Wednesday, February 25, 2026 10:07 AM
**To:** sean_sadeghi@morongo.com
**Subject:** Meeting With Prosecution Team

Good morning Mr. Sadeghi,

Thank you again for helping us with our upcoming trial. I wanted to know if you are available for a video conference call on March 4th at noon. If that does not work for you, please let me know some other times that are good for you.

Thank you,

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation
Los Angeles | [redacted]

**From:** Martin Madrigal
**To:** Guerrero, Elias (LA) (FBI)
**Subject:** [EXTERNAL EMAIL] - Re: [EXTERNAL] RE: Michael Bauer Subpoena
**Date:** Tuesday, March 3, 2026 3:06:24 PM

Yes, I will.

Get Outlook for iOS

**From:** Elias Guerrero <EGUERRERO@fbi.gov>
**Sent:** Tuesday, March 3, 2026 3:05:31 PM
**To:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** RE: [EXTERNAL] RE: Michael Bauer Subpoena

Hey Martin, tried calling him about an hour ago and left a message. Can you please have him call me.

[redacted]

Thanks,

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation
Los Angeles | [redacted]

**From:** Martin Madrigal <martin_madrigal@morongo.com>
**Sent:** Tuesday, March 3, 2026 2:05 PM
**To:** Guerrero, Elias (LA) (FBI) [redacted]
**Subject:** [EXTERNAL EMAIL] - RE: [EXTERNAL] RE: Michael Bauer Subpoena

800 252 4499 ext 28036 . He is aware you will be reaching out.

**From:** Elias Guerrero <[redacted]
**Sent:** Tuesday, March 3, 2026 2:03 PM
**To:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** RE: [EXTERNAL] RE: Michael Bauer Subpoena

Hi Martin, can you please give me a telephone number for Mr. Sean Sadeghi. I have sent him a couple emails, but he has not responded.

Thank you,

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation
Los Angeles | [redacted]

---

**From:** Martin Madrigal <martin_madrigal@morongo.com>
**Sent:** Tuesday, February 24, 2026 2:06 PM
**To:** Guerrero, Elias (LA) (FBI) [redacted]
**Cc:** Sean Sadeghi <Sean_Sadeghi@morongo.com>
**Subject:** [EXTERNAL EMAIL] - RE: [EXTERNAL] RE: Michael Bauer Subpoena

That would be Sean Sadeghi . I have included him in the email and he is aware of this.
Martin

---

**From:** Elias Guerrero [redacted]
**Sent:** Tuesday, February 24, 2026 1:00 PM
**To:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** RE: [EXTERNAL] RE: Michael Bauer Subpoena

You don't often get email from [redacted]. Learn why this is important

Just following up on the custodian of record witness for the trial. Please let me know as soon as you can.

Thank you,

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation
Los Angeles | [redacted]

---

**From:** Guerrero, Elias (LA) (FBI)
**Sent:** Thursday, February 19, 2026 10:54 AM
**To:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** RE: [EXTERNAL] RE: Michael Bauer Subpoena

Hi Martin,

Thanks again for taking my call this morning. As discussed on the phone, the United States government is going to trial against Michael Bauer and we will need a witness to testify to the records we received from Morongo Casino. The trial is scheduled to start March 24, but we would like ample time to meet with the witness for trial preparation. Please at your earliest let me know who is going to be the witness.

Thanks again for the help,

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation

Los Angeles | [redacted]

**From:** Martin Madrigal <martin_madrigal@morongo.com>
**Sent:** Thursday, February 19, 2026 8:50 AM
**To:** Guerrero, Elias (LA) (FBI) [redacted]
**Subject:** [EXTERNAL EMAIL] - RE: [EXTERNAL] RE: Michael Bauer Subpoena

I am in my office today until 4 pm. You can reach out.
Martin

**From:** Elias Guerrero [redacted]
**Sent:** Wednesday, February 18, 2026 3:30 PM
**To:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** RE: [EXTERNAL] RE: Michael Bauer Subpoena

You don't often get email from [redacted]. Learn why this is important

Hope you are doing well. I was wondering if you were available for a quick call regarding the records your organization provided the FBI back in 2023. Please let me know when would be a good time for you. Also feel free to give me a call at the number listed below if you prefer.

Thank you,

***Elias Guerrero***
Special Agent | Federal Bureau of Investigation
Los Angeles | [redacted]

**From:** Martin Madrigal <martin_madrigal@morongo.com>
**Sent:** Thursday, August 31, 2023 8:37 AM
**To:** Guerrero, Elias (LA) (FBI) [redacted]
**Subject:** [EXTERNAL EMAIL] - RE: [EXTERNAL] RE: Michael Bauer Subpoena

Sure you can call. v

Martin Madrigal
Morongo Gaming Agency
Compliance/ Backgrounds
Director
800 252-4499 Ext 23523

**From:** Elias Guerrero [redacted]
**Sent:** Wednesday, August 30, 2023 9:52 AM

**To:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** [EXTERNAL] RE: Michael Bauer Subpoena

Hi Martin,

Thanks again for the help with the subpoena production. I actually had some questions about the subpoena production and surveillance footage. Are you available for a quick phone call today or sometime this week?

Thank you,

**Elias Guerrero | Special Agent**
Federal Bureau of Investigation | Los Angeles Division
D: 310.996.3960 [redacted]

---

**From:** Guerrero, Elias (LA) (FBI)
**Sent:** Monday, August 7, 2023 5:50 PM
**To:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** RE: Michael Bauer Subpoena

Received, thank you.

**Elias Guerrero | Special Agent**
Federal Bureau of Investigation | Los Angeles Division
D: 310.996.3960 [redacted]

---

**From:** Martin Madrigal <martin_madrigal@morongo.com>
**Sent:** Monday, August 7, 2023 12:39 PM
**To:** Guerrero, Elias (LA) (FBI) [redacted]
**Subject:** [EXTERNAL EMAIL] - FW: Michael Bauer Subpoena

Here you go.

Martin Madrigal
Morongo Gaming Agency
Compliance/ Backgrounds
Director
800 252-4499 Ext 23523

---

**From:** Marlina Gutierrez <Marlina_Gutierrez@morongo.com>
**Sent:** Thursday, August 3, 2023 3:15 PM
**To:** Martin Madrigal <martin_madrigal@morongo.com>
**Subject:** Michael Bauer Subpoena

Here are the records for Michael Bauer. The subpoena was due on July 28 and I received it yesterday. The subpoena also indicated that the records be sent electronically. Let me know how I

can further assist you and/or if you want hard copies.

Thank you,

Marlina Gutierrez
AML Investigations Supervisor
(951) 755-5340 ext. 23114
Marlina_Gutierrez@morongo.com

CONFIDENTIALITY: Please note that this e-mail, including its contents and attachments, if any, are confidential. If you are not an intended recipient, please notify the sender and immediately delete all copies of this email from your system and destroy any hardcopies. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights contained herein are the sole property of Morongo Casino, Resort & Spa.

# EXHIBIT C

Gmail

Karren Kenney <karren.kenney@gmail.com>

## TIME SENSITIVE - Federal Subpoena for Records - USA v. Bauer

**Karren Kenney** <karren.kenney@gmail.com> Mon, Aug 17, 2026 at 9:08 AM
To: Kelly Pelham <[redacted]
Cc: Legal <Legal@morongo-nsn.gov>, rinv [redacted] Max Spivak [redacted]

Thank you for responding. We do not have any employee named "F. Fernanda", so I don't know where this was delivered. We did not receive it.

Regards,

Karren Kenney
Attorney at Law
Certified Fraud Examiner (CFE)
714-668-3727 | 855-505-5588
KENNEY LEGAL DEFENSE
GUARDIANS OF JUSTICE

On Mon, Aug 17, 2026 at 8:59 AM Kelly Pelham <[redacted] wrote:

> Good morning,
>
> Thank you for your email.
>
> Please be advised that the attached response was sent via FedEx. The FedEx tracking number is 818777044014.
>
> FedEx's Proof of Delivery notice confirms delivery of the letter. A copy of the FedEx Proof of Delivery is also attached for your records.
>
> Thank you,
>
> **Kelly Pelham**
> **Legal Secretary/Office Manager**
> Office: 951-755-5102 | [redacted]
> Morongo Band of Mission Indians
> 12700 Pumarra Road
> Banning, CA 92220
>
> Please note that this e-mail, including its contents and attachments, if any, is confidential. If you are not an intended recipient, please notify the sender and immediately delete all copies of this e-mail from your system and destroy any hard copies. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights contained herein are the sole property of Morongo Band of Mission Indians.

**From:** Karren Kenney <karren.kenney@gmail.com>
**Sent:** Friday, August 14, 2026 4:27 PM
**To:** Legal <Legal@morongo-nsn.gov>
**Cc:** rinv [redacted]; Max Spivak <[redacted]
**Subject:** Re: TIME SENSITIVE - Federal Subpoena for Records - USA v. Bauer

Good afternoon:

We have not received the professional courtesy of any response. If the documents are not produced by 5:00pm. we will be seeking federal court intervention.

Regards,




On Thu, Jul 23, 2026 at 12:21 PM Karren Kenney <karren.kenney@gmail.com> wrote:

> Dear Office of Tribal Counsel:
>
> I represent defendant Michael Anthony Bauer in United States v. Bauer, No. 8:24-cr-00135-FWS, pending before the Honorable Fred W. Slaughter in the United States District Court for the Central District of California.
>
> Our investigator was informed that subpoenas directed to Morongo Casino Resort & Spa must be coordinated through the Morongo Band's Office of Tribal Counsel. We respect the Tribe's sovereignty and access restrictions and will not make any further attempt to enter restricted tribal property without authorization.
>
> A subpoena was previously issued on June 16, 2026, with a July 15, 2026 return date. Because service could not be completed before that date, we are obtaining a newly issued, signed, and sealed subpoena. Attached is counsel's proposed reissued subpoena and Attachment A for your advance review.
>
> These records are material to determining who actually accessed and used the relevant patron account, player credentials, hotel or casino services, payment instruments, and internet connections during the charged period. The defense is attempting to distinguish the conduct of Mr. Bauer from that of other alleged participants, not to obtain unrelated patron information.
>
> Please confirm by July 27, 2026, at 5:00 p.m.:
>
> 1. Whether the Office of Tribal Counsel is authorized to accept service on behalf of the appropriate Morongo entity and custodian of records;
>
> 2. The name and title of the attorney or other authorized representative who will coordinate service and production;
>
> 3. Whether service may be accepted electronically and, if so, the appropriate email address;
>
> 4. Whether Morongo will voluntarily produce the requested records or intends to assert an objection, sovereign-immunity position, or other limitation; and
>
> 5. Whether the requested records and associated metadata are being preserved pending service, production, or further court order.
>
> If your office is not authorized to accept service, please identify the person or entity authorized to receive the subpoena and the method by which service may be completed without entering restricted tribal property.
>
> If we do not receive a response, we will ask Judge Slaughter for instructions and appropriate relief concerning service, preservation, and pretrial production under Federal Rule of Criminal Procedure 17(c).

Thank you for your prompt attention.

Sincerely,

Karren Kenney, Esq., CFE
Counsel for Michael Anthony Bauer

On Sat, Jun 27, 2026 at 1:04 PM Karren Kenney <karren.kenney@gmail.com> wrote:

> Hello Max:
>
> If you need to contact me over the phone, my cell number is [redacted] Our direct office line is 714-668-3727.
>
> Regards,
>
> On Fri, Jun 26, 2026 at 9:02 PM <rinv@[redacted] wrote:
>
>> Dear Max:
>>
>> Please provide status of this subpoena request or let me know if you would like to speak with attorney Karren Kenney to further assist you in processing / responding to this subpoena.
>>
>> We received a notice this week from the Federal Prosecutor on this matter that we need to respond to in very short time.
>>
>> Thank you and have a great weekend.
>>
>> Best,
>>
>> Randy Candias

The LER Group, Inc.

14181 Yorba Street, Suite 204

Tustin, CA 92780

[redacted]

---

**From:** rinv@[redacted]
**Sent:** Monday, June 22, 2026 3:33 PM
**To:** 'Max Spivak' <[redacted]
**Cc:** 'Legal' <Legal@morongo-nsn.gov>; 'Karren Kenney' <karren.kenney@gmail.com>
**Subject:** RE: Criminal subpoena question

Dear Max:

Under normal circumstances I am able to quickly respond to your request, however the government lawyer working on this case placed the documents provided by Morongo under a “Protective Order,” which prevents me from providing the information you requested.

I have copied Karren Kenney (855-505-5588), the lawyer I am working with on this case. If you would like her to call or email you to further address our subpoena request, she will gladly do so.

Or, if there is anything else we can do to verify the request, we would be happy to oblige.

Please do not hesitate to call or email me as needed.

Best,

Randy Candias

The LER Group, Inc.

14181 Yorba Street, Suite 204

Tustin, CA 92780

[redacted]

---

**From:** Max Spivak <[redacted]
**Sent:** Monday, June 22, 2026 2:40 PM
**To:** rinv[redacted]
**Cc:** Legal <Legal@morongo-nsn.gov>
**Subject:** Re: Criminal subpoena question

Please provide a complete copy of the Morongo records authenticated in 2023 for us to verify request and associated materials.

Morongo Band of Mission Indians

attn: Legal Department

12700 Pumarra Road

Banning, California 92220

---

**From:** rinv[redacted]
**Sent:** Thursday, June 18, 2026 4:04 PM
**To:** Legal <Legal@morongo-nsn.gov>
**Subject:** Criminal subpoena question

Dear Morongo Legal:

I am a CJA Federal Court Appointed Investigator working on behalf of CJA Panel Counsel Karren Kenney, Esq. We have been assigned to assist defendant Michael Baur in his criminal case, #8:24-CR-135-FWS

The case involves some gambling activities (using alleged stolen funds) at the Morongo Casino during certain months of 2020. In 2023 Morongo Casino Resort Spa provided patron gambling / activity history reports to the FBI. My records (see attached) reflect that Sean Sadeghi authenticated the records.

In summary, the case is now going to trial and we need additional records, which I have specified in the attached subpoena. I need to know who to send the subpoena to.

Please do not hesitate to call or email me if you have any questions or require additional information from me to process this request.

Thank you in Advance.

Best,

Randy Candias

The LER Group, Inc.

14181 Yorba Street, Suite 204

Tustin, CA 92780

[redacted]

The information contained in this communication is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, or distribution of this information is strictly prohibited and may be unlawful.

For your safety, the contents of this email have been scanned for viruses and malware.

The information contained in this communication is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, or distribution of this information is strictly prohibited and may be unlawful.

For your safety, the contents of this email have been scanned for viruses and malware.

# EXHIBIT D

Karren Kenney - SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
(855) 505-5588
karren.kenney@gmail.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| United States of America<br>PLAINTIFF<br>v.<br>MICHAEL ANTHONY BAUER<br>DEFENDANT(S) | CASE NUMBER<br>8:24-cr-00135-FWS<br><br>**SUBPOENA IN A CRIMINAL CASE** |

TO: Custodian of Records Morongo Casino Resort & Spa, c/o Office of Tribal Counsel Morongo Band of Mission Indians

☑ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: Ronald Reagan Federal Building 411 W. Fourth Street, Santa Ana, CA 92701, Courtroom: 10D (Slaughter)

Date: August 14, 2026, Time: 10:00am.

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

SEE ATTACHMENT A

Brian D. Karth, Clerk of Court

July 23, 2026
Date

## PROOF OF SERVICE

| | | |
|---|---|---|
| **Received by Server** | DATE | PLACE |
| **Served** | DATE | PLACE |

| | |
|---|---|
| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS<br>☐ Yes ☐ No Amount $ ______________ |
| SERVED BY (PRINT NAME) | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ________________________ ________________________________________________
*Date* *Signature of Server*

Address of Server: ________________________________________________________________

______________________________________________________________________________

ADDITIONAL INFORMATION

# ATTACHMENT A

YOU ARE COMMANDED to produce the nonprivileged documents, electronically stored information, and objects described in this Attachment A at the place, date, and time stated on the clerk-issued subpoena. Production may be made electronically if authorized by the Court and agreed in writing by defense counsel and the Office of Tribal Counsel.

This subpoena requests documents only. No witness appearance is required unless separately commanded or later ordered by the Court.

**Preservation**

Pending production or further order, preserve responsive records and associated metadata, including any records previously collected, preserved, reviewed, authenticated, or produced to the FBI, the United States Attorney's Office, or another federal agency concerning the subjects, accounts, dates, addresses, or internet-protocol information identified in this Attachment A.

**Confidentiality and third-party information**

The defense will treat produced material as subject to the protective order in this case, if any, and any further order of the Court. Morongo may redact full Social Security numbers, full financial-account numbers, and unrelated third-party personal information, leaving the last four digits and enough information to correlate responsive records. This subpoena does not request Suspicious Activity Reports or material whose disclosure is prohibited by 31 U.S.C. § 5318(g) or implementing regulations.

**If records are unavailable**

For each category not produced, provide a declaration from a knowledgeable custodian stating whether responsive records never existed, are not maintained, were deleted or destroyed, or cannot be located after a reasonable search; identify the applicable retention policy and, if known, the approximate date and ordinary course of deletion or destruction.

**Form of production**

- Produce spreadsheets, database exports, and transaction reports in native or reasonably usable electronic form, preserving column headings, formulas, timestamps, time zone information, and unique identifiers.
- Produce emails and ordinary documents as searchable PDF files with attachments kept with parent messages; preserve available metadata sufficient to identify sender, recipient, date, and time.
- Organize the production by request number or identify, in a cover letter or index, the request number(s) to which each file responds.
- A rolling production is acceptable, but identify any categories that remain outstanding and the anticipated completion date.

## DOCUMENTS AND INFORMATION TO BE PRODUCED

### A. Definitions and relevant period

1. "Bauer" means Michael Anthony Bauer, also known as Tony Bauer.
2. "Nguyen" means Minh Nguyen, also known as Xuan Ngu and Min Nguyen, date of birth October 13, 1977, including spelling variants reasonably identifiable from Morongo's records.
3. "Montano" means Gustavo Montano, including spelling variants reasonably identifiable from Morongo's records.
4. "Bauer Account" means Morongo patron or player account number 263165 and credential or identification number B5661204, together with any linked, predecessor, successor, duplicate, merged, or replacement account or card.
5. "Relevant Period" means May 1, 2020 through December 31, 2020, except where a request expressly seeks account-creation, retention, preservation, or prior-production information outside that period.
6. "Morongo" means Morongo Casino Resort & Spa and the Morongo Band of Mission Indians, including records in the possession, custody, or control of their casino, hotel, information-technology, surveillance, security, loyalty, finance, cage, marketing, risk, legal, or records-management personnel.
7. "Documents" includes records and electronically stored information in any reasonably accessible form, including database records, native exports, reports, logs, images, video, account notes, correspondence, and attachments.

### B. Requests

8. Nguyen account-identification records. Documents sufficient to identify every patron, rewards, loyalty, gaming, hotel, or casino account associated with Nguyen, including account numbers, enrollment and account-opening records, names and aliases, photographs, signatures, identification documents or scans, addresses, telephone numbers, email addresses, enrollment dates, status, tier, and account-linking or merge history.
9. Nguyen card and credential history. Records showing issuance, activation, replacement, reprinting, suspension, deactivation, or use of any player card or credential associated with Nguyen during the Relevant Period, including card or credential identifiers, date and time, location, employee, identification presented, and reason for replacement or reissue.
10. Nguyen gaming and cash activity. All daily and transaction-level gaming activity for Nguyen during the Relevant Period, including exact timestamps and time zone; machine, table, kiosk, cage, ATM, TITO, jackpot, cash-advance, buy-in, cash-out, bills-in, coin-in, coin-out, ticket, player-card, and transaction identifiers; amounts; locations; and available employee or cashier identifiers.
11. Nguyen hotel, comp, and membership activity. Hotel reservations, registrations, folios, room assignments, guest names, identification and payment records, key-card issuance and access records, comp offers, comp redemptions, patron-comp history, tier or Platinum membership records, and records showing the dates Nguyen stayed at Morongo or gambled there during the Relevant Period.
12. Cross-links among Nguyen, Montano, and Bauer. Documents sufficient to show whether Nguyen or Montano was linked to, listed on, used, accessed, modified, requested, or received

a benefit from the Bauer Account, or whether any account for Nguyen or Montano shared with the Bauer Account an address, telephone number, email address, payment instrument, identification document, photograph, device identifier, vehicle, hotel room, guest record, player card, comp, reservation, transaction, or internal note.

13. Bauer Account access and use. For the Relevant Period, records identifying each person who opened, accessed, modified, requested a card for, used, or received benefits from the Bauer Account, including account-opening and change records; card issuance and replacement history; photographs; signatures; identification documents or scans; contact information; login, device, kiosk, machine, cage, hotel, comp, and transaction records; and internal account notes.
14. September 3 and September 14, 2020 activity. Complete transaction-level records for the Bauer Account and any account associated with Nguyen or Montano for September 3 and September 14, 2020, including exact timestamps and time zone, machines and locations, card or credential numbers, TITO records, bills-in and cash-out activity, cage and cash-advance records, payment instruments, cashier or employee identifiers, and retained photographs, still images, or surveillance indexes sufficient to locate any preserved video.
15. Identity-sharing, duplicate-account, and security records. Fraud, security, surveillance, risk, identity-verification, duplicate-account, shared-card, account-takeover, account-linking, exclusion, incident, or investigative records during the Relevant Period concerning Nguyen, Montano, Bauer, or the Bauer Account, including records reflecting suspected third-party use of an identity, account, card, credential, hotel room, comp, or payment instrument.
16. Morongo public IP address records. Documents sufficient to identify Morongo's ownership, control, assignment, or use during the Relevant Period of public IP address 192.243.68.66 and the public range 192.243.68.66 through 192.243.68.94, including the internet service, network, property, hotel, casino, guest Wi-Fi, business system, or other function to which the address or range was assigned.
17. IP/session correlation on specified dates. To the extent maintained or previously preserved, collected, reviewed, or produced, captive-portal, DHCP, NAT, firewall, wireless-access-point, device, user, room, reservation, authentication, or similar logs sufficient to identify the internal device, user, account, hotel room, access point, or session associated with public IP address 192.243.68.66 on July 19, July 21, July 23, August 1, August 15, and August 30, 2020. Include the applicable time zone and any known clock offset.
18. Prior federal requests and productions. All subpoenas, requests, correspondence, custodian declarations, indexes, cover letters, preservation notices, and complete productions sent to or received from the FBI, the United States Attorney's Office, or another federal agency concerning Nguyen, Montano, Bauer, the Bauer Account, public IP address 192.243.68.66, or the range 192.243.68.66 through 192.243.68.94. This request includes the complete native source records underlying any summary, spreadsheet, excerpt, or authentication previously supplied.
19. Policies and data dictionaries. The portions of record-retention policies, data dictionaries, field definitions, code lists, and system documentation necessary to interpret responsive records, including timestamps, player/account identifiers, credential identifiers, machine and location codes, transaction types, and fields used to indicate account linking, card reissuance, or identity verification.
20. Custodian declaration and gaps. A declaration substantially complying with Federal Rule of Evidence 902(11) for produced business records. If any requested category is unavailable,

include the information described in the "If records are unavailable" paragraph of the subpoena.

**C. Limiting instructions**

21. These requests seek existing records and reasonably usable exports; they do not require Morongo to create a narrative report or conduct a new forensic analysis.
22. For surveillance, produce any retained responsive video or stills. If footage no longer exists, produce any index, camera map, incident reference, preservation record, export log, or other record sufficient to identify what once existed and its disposition.
23. If a record is withheld as privileged or otherwise protected, identify the request number, date, author or custodian, general subject, and basis for withholding, unless disclosure of that identifying information is itself prohibited.

# EXHIBIT E

Gmail

Karren Kenney <karren.kenney@gmail.com>

## TIME SENSITIVE - Federal Subpoena for Records - USA v. Bauer

**Kelly Pelham** <kpelham[redacted] Mon, Aug 17, 2026 at 8:59 AM
To: Karren Kenney <karren.kenney@gmail.com>, Legal <Legal@morongo-nsn.gov>
Cc: rinv <rinv[redacted] Max Spivak <[redacted]

Good morning,

Thank you for your email.

Please be advised that the attached response was sent via FedEx. The FedEx tracking number is 818777044014.

FedEx's Proof of Delivery notice confirms delivery of the letter. A copy of the FedEx Proof of Delivery is also attached for your records.

Thank you,

**Kelly Pelham**
**Legal Secretary/Office Manager**
Office: 951-755-5102 | [redacted]
Morongo Band of Mission Indians
12700 Pumarra Road
Banning, CA 92220

Please note that this e-mail, including its contents and attachments, if any, is confidential. If you are not an intended recipient, please notify the sender and immediately delete all copies of this e-mail from your system and destroy any hard copies. You may not disseminate, distribute, or forward this e-mail message or disclose its contents to anybody else. Copyright and any other intellectual property rights contained herein are the sole property of Morongo Band of Mission Indians.

---

**From:** Karren Kenney <karren.kenney@gmail.com>
**Sent:** Friday, August 14, 2026 4:27 PM
**To:** Legal <Legal@morongo-nsn.gov>
**Cc:** rinv <rinv@[redacted]Max Spivak [redacted]
**Subject:** Re: TIME SENSITIVE - Federal Subpoena for Records - USA v. Bauer

Good afternoon:

We have not received the professional courtesy of any response. If the documents are not produced by 5:00pm. we will be seeking federal court intervention.

Regards,

MORONGO BAND OF MISSION INDIANS

A SOVEREIGN NATION

July 30, 2026

Karren Kenney, esq.
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
karren.kenney@gmail.com

***Sent via FedEx Standard Overnight***

Re: United States of America v. Michael Anthony Bauer

To Whom it May Concern:

The Morongo Band of Mission Indians ("Morongo" or the "Tribe") is a federally recognized sovereign Indian Tribe. Recently, the Tribe received via e-mail a subpoena in connection with the above-captioned matter.

This letter is to advise you that the Tribe shall not comply with the subpoena because, as explained below, the Tribe is not legally obligated to comply, and doing so would be contrary to Tribal policy.

Although you are contacting the Custodian of Records for Morongo Casino Resort & Spa, the subpoena operates against the Tribe itself. As a federally recognized sovereign Indian Tribe, Morongo, its governmental subdivisions, Tribal enterprises, and its officers and employees acting in their official capacity and within the scope of their authority are immune to unconsented private suit in either federal or state court. *Kiowa Tribe of Okla. v. Manufacturing Techs., Inc.*, 523 U.S. 751, 754 (1998); *Cook v. AVI Casino Enterps., Inc.*, 548 F.3d 718, 726–27 (9th Cir. 2008); *Redding Rancheria v. Sup. Ct.*, 88 Cal.App.4th 384, 388–89 (2001). This immunity extends to subpoenas of Tribal records in matters in which the Tribe is not a party. *See Bishop Paiute Tribe v. County of Inyo*, 291 F.3d 549, 554 (9th Cir. 2002), *vacated on other grounds and remanded*, *Inyo County v. Paiute-Shoshone Indians of the Bishop Comm'ty*, 538 U.S. 701 (2003); *United States v. James*, 980 F.2d 1314, 1319–20 (9th Cir. 1992). Therefore, your subpoena is not enforceable against the Tribe.

Please contact the Tribe's Legal Department via email at legal@morongo-nsn.gov with any questions.

Best Regards

Legal Department

Morongo Band of Mission Indians - 12700 Pumarra Road - Banning, California 92220 - (951) 849-4697

EXHIBIT F

Gmail **Karren Kenney <karren.kenney@gmail.com>**

## Supplemental Request for Discovery and Evidence Viewing - USA v. Bauer

**Hagopian, Yervant (USACAC)** <Yervant.Hagopian@usdoj.gov> Tue, Jul 28, 2026 at 2:16 PM
To: Karren Kenney <karren.kenney@gmail.com>
Cc: "michelle ." <michelle@kenneylegaldefense.us>

Hi Karren,

I hope all is well. USAO_316-344 comrpise the entirety of the materials secured from Morongo. We do not produce grand jury subpoenas or their attachments as a matter of course as they are protected under FRCrP Rule 6(e). Attached as USAO_2541-2548 are the entirety of email communications between law enforcement and Morongo Casino. There is no physical medium of Morongo discovery (see attachments list at USAO_2541 which matches USAO_316-344).

Regards,

Yervant

---

**From:** Karren Kenney <karren.kenney@gmail.com>
**Sent:** Thursday, July 23, 2026 12:39 PM
**To:** Hagopian, Yervant (USACAC) <Yervant.Hagopian@usdoj.gov>
**Cc:** michelle . <michelle@kenneylegaldefense.us>
**Subject:** [EXTERNAL] Supplemental Request for Discovery and Evidence Viewing - USA v. Bauer

Counsel:

This email constitutes a supplemental discovery, preservation, and inspection request concerning the government's acquisition, receipt, handling, processing, and production of records obtained from Morongo Casino Resort & Spa and/or the Morongo Band of Mission Indians.

The government produced Morongo-related records beginning at approximately USAO_00000316. Those materials appear to include reports or spreadsheets derived from Morongo's player-account and transaction systems. Because the source, completeness, authentication, and attribution of those records are material to the defense, please **make available for inspection the following**:

1. Original subpoena, request, legal process, or other written communication by which the FBI, United States Attorney's Office, or another government agency requested records from Morongo.
2. The complete original subpoena return or production received from Morongo, including every document, native electronic file, spreadsheet, database export, report, image, video, attachment, cover letter, index, certification, declaration, affidavit, and other item transmitted with the return.
3. The original physical and electronic containers in which the production was received, including any envelope, mailing label, shipping package, CD, DVD, flash drive, external drive, secure-download transmission, email, portal notification, or other delivery mechanism.
4. Any return-of-service document, receipt, transmittal letter, email, download notice, portal record, or other evidence showing:

   a. The date and time Morongo transmitted or delivered the records;

   b. The identity and title of the Morongo employee or representative who transmitted or delivered them;

c. The identity othe FBI agent, task-force officer, prosecutor, evidence technician, analyst, or other government representative who received them; and all others associated with the prosecution team who accessed them;

d. The manner in which the records were transmitted or delivered.

5. **All chain-of-custody and evidence-control documentation** relating to the Morongo production, including evidence receipts, evidence inventory records, property records, evidence-control forms, FBI 1A or comparable evidence designations, Sentinel or other case-management entries, evidence-transfer logs, checkout records, access logs, storage-location records, and records reflecting each person who possessed, accessed, copied, extracted, reviewed, analyzed, transferred, or modified the materials.
6. The evidence-item number, 1A number, barcode, property number, Sentinel identifier, or other identifier assigned to the original Morongo return and to each item or medium received as part of that return.
7. All records documenting the processing of the original production, including the creation of forensic or working copies, extraction or conversion of files, removal of password protection, repair of files, importation into government databases, conversion to PDF, conversion between spreadsheet formats, filtering, sorting, deduplication, renaming, Bates stamping, or other alteration or processing.
8. The original native-format files received from Morongo, with their original filenames, directory structure, embedded metadata, formulas, hidden rows or columns, worksheets, field names, date and time values, time-zone information, and unique system or transaction identifiers intact.
9. Available hash values or other digital-integrity information for the original electronic files and media, together with hash values for any forensic, working, or discovery copies created by the government.
10. All documentation identifying any records, worksheets, columns, fields, rows, transactions, attachments, images, videos, or other information that were excluded, filtered, deleted, withheld, corrupted, inaccessible, or not included in the discovery produced to the defense.
11. All communications with Morongo concerning the requested records, including communications about the scope of the request, the systems searched, the custodians involved, the interpretation of fields or transaction codes, missing records, follow-up requests, authentication, completeness, supplementation, preservation, or the identity of the person who used a patron account, player card, payment instrument, hotel room, device, or internet connection.
12. All notes, reports, memoranda, FD-302s, agent communications, analyst notes, or other records documenting interviews or communications with Sean Sadeghi or any other Morongo employee who collected, explained, transmitted, or authenticated the records.
13. Any custodian-of-records declaration, certification under Federal Rule of Evidence 902(11) or 902(13), affidavit, business-records certification, or other authentication document obtained from Morongo.
14. All data dictionaries, field definitions, code lists, system documentation, or communications used by the government to interpret the Morongo records, including player-account numbers, credential numbers, transaction types, machine or location codes, timestamps, time zones, cash transactions, bills-in, TITO activity, cash advances, and player-card activity.
15. All reports, charts, timelines, summaries, demonstratives, or analyses derived in whole or in part from the Morongo production, including documents identifying which Morongo records the government may rely upon at trial.
16. Any information indicating that the Morongo records were incomplete, inaccurate, altered, supplemented, produced in summary form, attributed to the wrong person, associated with a shared or replacement player card, or subject to access or use by someone other than the named account holder.

The defense is specifically requesting an opportunity to personally inspect the original Morongo subpoena return, chain of custody evidence, and the original physical or electronic media booked into evidence. This inspection should include the original packaging, labels, electronic media, directory structure, and native files, rather than only the Bates-stamped discovery copy.

Please identify the evidence custodian and provide several dates on which defense counsel and my investigator, may inspect the original evidence at the FBI office, United States Attorney's Office, courthouse, or other location where it is maintained. The defense will comply with reasonable evidence-handling and security protocols and does not request unsupervised possession of the original evidence.

This request is made under Federal Rule of Criminal Procedure 16(a)(1)(E), including because the materials are material to preparing the defense and may be used in the government's case-in-chief; Rule 16(a)(1)(F), to the extent the government performed any examination, comparison, extraction, or digital-integrity analysis; Brady v. Maryland and its progeny; Giglio v. United States, where applicable; and the government's continuing disclosure obligations.

The chain of custody, completeness, and source data are particularly material because the defense.The discovery produced thus far does not permit the defense to determine whether the spreadsheets are complete native records, summaries created for law enforcement, or selected extracts from a larger database.

Please preserve the original return, all original media and packaging, the native files, associated metadata, hash values, evidence-management records, and all communications any member of the prosecution team has had with Morongo. No

original evidence should be altered, discarded, returned, overwritten, or subjected to further processing that changes its metadata pending completion of the requested inspection.

**Please confirm on or before July 28, 2026:**

1. Whether the government will produce the requested materials;
2. Whether the original Morongo return and media remain in evidence;
3. The evidence-item number assigned to them;
4. Whether the defense may inspect the original return and media; and
5. Proposed dates and arrangements for that inspection.

If the government contends that any requested category is not discoverable or is being withheld, please identify the category, state whether responsive materials exist, and provide the specific basis for withholding it so that the parties can meaningfully meet and confer before seeking relief from Judge Slaughter.

Thank you.

Karren M. Kenney
Counsel for Michael Anthony Bauer

Karren Kenney
Attorney at Law
Certified Fraud Examiner (CFE)
714-668-3727 | 855-505-5588
KENNEY LEGAL DEFENSE
GUARDIANS OF JUSTICE

---

**3 attachments**

**USAO_00002542-USAO_00002543 -- CONFIDENTIAL -- [EXTERNAL EMAIL] - RE_ Meeting With Prosecution Team.pdf**
608K

**USAO_00002544-USAO_00002548 -- CONFIDENTIAL -- [EXTERNAL EMAIL] - Re_ [EXTERNAL] RE_ Michael Bauer Subpoena.pdf**
707K

**USAO_00002541-USAO_00002541 -- CONFIDENTIAL -- [EXTERNAL EMAIL] - FW_ Michael Bauer Subpoena.pdf**
588K