KARREN KENNEY, CA. SBN 174872
KENNEY LEGAL DEFENSE
2900 BRISTOL STREET, SUITE C204
COSTA MESA, CA 92626
TELEPHONE: (855) 505-5588

E-MAIL: KARREN.KENNEY@GMAIL.COM

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL BAUER. | Case No. 24CR00135-FWS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION IN LIMINE FOR DISCLOSURE OF MORONGO ATTRIBUTION EVIDENCE** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants DEFENDANT'S MOTION IN LIMINE FOR DISCLOSURE OF MORONGO ATTRIBUTION EVIDENCE. The Court hereby orders as follows:

1. The prosecution is required to disclose any presently unproduced Morongo-related attribution information within the possession, custody, or control of any prosecution team member;
2. The prosecution is required to disclose any favorable information communicated by Morongo personnel to members of the prosecution team concerning account usage,

network usage, surveillance, shared credentials, identity, or the limitations of the Morongo records;

3. An evidentiary hearing outside the presence of the jury regarding the Government's proposed Morongo evidence and the foundation for attributing that evidence personally to Bauer;
4. Preclusion of the Government from arguing or eliciting testimony that a Morongo patron account, player-card record, gaming record, comp record, location, or IP address establishes that Bauer personally performed the associated conduct absent a reliable evidentiary foundation; and
5. Excludes Morongo evidence offered to establish Bauer's identity or participation where the Government cannot demonstrate an adequate foundation connecting Bauer personally to the particular transaction, account use, device, credential, session, or network activity.

DATED:

________________________________
The Honorable Fred W. Slaughter
United States District Court Judge