KARREN KENNEY (SBN 174872)
KENNEY LEGAL DEFENSE
2900 Bristol Street, Suit C204
Costa Mesa, California 92626
Telephone: 855-505-5588

CJA Counsel for Defendant
*MICHAEL BAUER*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BAUER,<br><br>Defendant. | Case No. 8:24-cr-00135-FWS<br><br>**DEFENDANT MICHAEL BAUER'S SUPPLEMENT TO EX PARTE APPLICATION TO CONTINUE UNILATERALLY SET STATUS CONFERENCE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF KARREN KENNEY**<br><br>Current Date: October 20, 2026<br>Time: 9:30AM<br>**Proposed Date: October 19, 2026**<br>Courtroom: 10D<br>Judge: Hon. Fred W. Slaughter |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant Michael Bauer, by and through his counsel of record, Karren Kenney, applies ex parte for an order continuing the status conference currently set for October 20, 2026, at 9:30AM, to October 19, 2026, at any time convenient to the Court. The prior ex parte asked for a new hearing date of October 19, 2026. Defense counsel was advised the arbitration is scheduled for two (2) consecutive days. Given the scheduling issue, defense counsel is

requesting the status conference be set on October 19, 2026 instead of October 21, 2026.

October 14, 2026

Respectfully submitted,

/s/ Karren Kenney
KARREN KENNEY
CJA Counsel for Defendant
MICHAEL BAUER

**DECLARATION OF KARREN KENNEY**

I, Karren Kenney, declare as follows:

1. I am an attorney licensed to practice in the States of California, Texas, the District of Columbia and before this Court. I am CJA counsel of record for defendant Michael Bauer. I have personal knowledge of the facts in this declaration and, if called as a witness, could and would testify competently to them.

2. On October 9, 2026, the Court set a status conference in this matter for October 20, 2026, at 9:30 am.

3. Before the Court's October 9 order, I was already scheduled to appear as counsel in a binding arbitration proceeding on October 20, 2026, in Los Angeles County. The arbitration involves multiple parties, a neutral arbitrator, and witnesses, and was calendared prior to the Court unilaterally setting the October 20, 2026 status conference date.

4. On October 13, 2026,I was advised the arbitration is going to proceed over two consecutive days, October 20 and 21, 2026.

4. The date and time of the arbitration are fixed and cannot be changed. The arbitrator's fees are non-refundable. Missing the proceeding would cause financial prejudice to the parties in that matter and disrupt a proceeding that multiple participants have scheduled around.

5. The arbitration is subject to confidentiality, so I have omitted identifying details. I will promptly provide them to the Court in camera or under seal should the Court require them.

6. On October 13, 2026, I emailed Special Assistant United States Attorneys Alejandro Abreu and Yervant Hagopian that I would be filing this supplement to the ex parte application to move the October 20 hearing to October 19, 2026, and asked for the government's position. The government stated it is available on October 19, 2026, and did not oppose the application.

7. Mr. Bauer is aware of and consents to the requested continuance. The continuance does not affect the trial date or any other deadline, and no exclusion of time under the Speedy Trial Act is requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 14, 2026, at Costa Mesa, California.

/s/ Karren Kenney
KARREN KENNEY