**NOTE CHANGES MADE BY COURT**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL BAUER,

Defendant.

Case No. 8:24-cr-00135-FWS-1

**ORDER RE DEFENDANT MICHAEL BAUER'S EX PARTE APPLICATION TO CONTINUE UNILATERALLY SET STATUS CONFERENCE FROM OCTOBER 20, 2026, TO OCTOBER 21, 2026 [112]**

Having reviewed and considered Defendant Michael Bauer's Ex Parte Application to Continue Unilaterally Set Status Conference from October 20, 2026, to October 21, 2026, and the Supporting Declaration of Karren Kenney [112] ("Application One"), Defendant Michael Bauer's Supplement to Ex Parte Application to Continue Unilaterally Set Status Conference [117] ("Application Two"), the files and records of the case, and for the good cause demonstrated in the Application One and Application Two, the court **ORDERS** as follows:

///

///

The additional pretrial conference hearing scheduled on **October 20, 2026, at 9:30 a.m.**, in Courtroom 10D, is **ADVANCED** to **October 19, 2026, at 1:00 p.m.**, **in Courtroom 10D**. Defendant Michael Anthony Bauer ("Defendant"), counsel for Defendant, and counsel for the government are **ORDERED** to appear on **October 19, 2026, at 1:00 p.m.**, **in Courtroom 10D**, without further order or notice from the court.

**IT IS SO ORDERED**.

Dated: October 14, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE