Karren Kenney
Kenney Legal Defense
California State Bar No. 174872
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
Telephone: 855-505-5588
Karren.Kenney@gmail.com

Attorney for Defendant
Michael Anthony Bauer

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL ANTHONY BAUER,

Defendant.

CASE NO.: 8:24-cr-00135-FWS

**[PROPOSED] ORDER GRANTING DEFENDANT MICHAEL ANTHONY BAUER'S EX PARTE APPLICATION TO CONTINUE TRIAL AND FOR RELATED RELIEF; FINDINGS AND ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**

Current Trial Date: October 26, 2026
Hon. Fred W. Slaughter

The Court has read and considered Defendant Michael Anthony Bauer's Ex Parte Application to Continue Trial Based on the Government's October 9, 2026 Production (PROD_008) and October 12, 2026 Amended Witness and Exhibit Lists and Rule 902(11) Supplement (Dkts. 113-115); Alternatively, to Exclude Late-Produced Evidence Under Fed. R. Crim. P. 16(d)(2)(C) (the "Application"), the supporting Memorandum of Points and Authorities and Declaration of Karren Kenney, and the files and records of this case. The Government does not oppose a

continuance of the trial to March 8, 2027. Good cause appearing, the Court GRANTS the Application and makes the following findings and orders.

**FINDINGS**

1. Trial in this matter is set for October 26, 2026.

2. On October 9, 2026, seventeen days before trial, the Government produced PROD_008, consisting of 310 pages Bates-numbered USAO_00003416 through USAO_00003725. PROD_008 includes casino jackpot records, IRS Forms W-2G, and FinCEN currency transaction reports that the Government intends to offer at trial; records certifications under Federal Rule of Evidence 902(11) not previously produced; a February 21, 2025 letter from Bank of America's counsel; Defendant's criminal history records; and an HSI report of investigation approved December 10, 2024 that identifies four arrest-team agents not previously disclosed.

3. On October 12, 2026, fourteen days before trial, the Government filed an Amended Witness List (Dkt. 114), an Amended Exhibit List (Dkt. 115), and a Supplemental Notice of Intent to Offer Records and Supplement to Motion in Limine No. 1 (Dkt. 113). The Amended Witness List names four witnesses not previously identified and identifies a Bank of America witness only as "To Be Determined." The Amended Exhibit List includes summary charts, demonstratives, and a transcript (Exhibits 50, 56-62, 64, 70, and 79) that have not been produced to the defense.

4. Defendant requested the categories of material at issue in writing in June 2025, and defense counsel filed the Application within four court days of receiving PROD_008. Defendant has acted with diligence.

5. Defense counsel cannot reasonably investigate and respond to PROD_008 and the amended witness and exhibit lists, file any resulting motions, and advise Defendant, before October 26, 2026. A continuance to March 8, 2027 will serve a useful purpose, the Government does not oppose it, and Defendant

would be prejudiced if it were denied. *See United States v. Flynt*, 756 F.2d 1352, 1358-62 (9th Cir. 1985).

6. The continuance is necessitated by the Government's production of PROD_008 seventeen days before trial and by its October 12, 2026 amended witness and exhibit lists. The resulting delay is attributable to the Government.

7. Defendant has been advised of his rights under the Speedy Trial Act and the Sixth Amendment, authorizes the request for a continuance, and does not otherwise waive his right to a speedy trial.

8. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and Defendant in a speedy trial. Pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), the Court finds that failure to grant the continuance would deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The reason for this finding is the Government's production of PROD_008 seventeen days before trial and its October 12, 2026 amended witness and exhibit lists.

## ORDERS

Based on the foregoing findings, IT IS ORDERED:

1. The trial in this matter is CONTINUED from October 26, 2026 to **March 8, 2027, at [_____] a.m.** The Final Pretrial Conference / Status Conference is set for **[___________], at [_____] a.m.** [Pretrial filing deadlines shall be reset as follows: [___________].]

2. Within seven (7) days of this Order, the Government shall:

(a) produce all agent notes of the December 5, 2024 arrest and interview of Defendant;

(b) produce all communications between the prosecution team and Bank of America or its counsel concerning the subjects addressed in the February 21, 2025 letter (USAO_3500-3508); and

(c) identify by Bates number the records certified at USAO_3666–3667, and produce the native file withheld at USAO_3665.

3. The Government shall:

(a) within two (2) days of this Order, identify by name the Bank of America witness listed as "To Be Determined" on its Amended Witness List (Dkt. 114 at 3);

(b) within seven (7) days of this Order, produce the summary charts, demonstratives, and transcript listed as Exhibits 50, 56-62, 64, 70, and 79 on its Amended Exhibit List (Dkt. 115), and make the records they summarize available for examination or copying as required by Federal Rule of Evidence 1006; and

(c) forthwith, disclose all material required under *Giglio v. United States*, 405 U.S. 150 (1972), and *United States v. Henthorn*, 931 F.2d 29 (9th Cir. 1991), for, and produce any reports of interview of, Michael Blas, Tamara McKinney, Joseph Busby, Veronica Welter, and the Bank of America witness.

4. The time period from October 26, 2026 through March 8, 2027, inclusive, is excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), for the reasons stated in Finding 8.

5. This Order is without prejudice to Defendant's pending motions and objections and to the remedies reserved in the Application, including Defendant's objection to the authority of the Special Assistant United States Attorneys to prosecute this case.

**IT IS SO ORDERED.**

DATED: ____________________ ________________________________

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE